

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   MAR 4 2009

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 08-310** |
| v. | * | SECTION: "J" |
| **DAT VIET TIEU a/k/a "Andy"** | * | |

\* \* \*

## FACTUAL BASIS

The above-named defendant, **DAT VIET TIEU a/k/a "Andy,"** has agreed to plead guilty as charged in Count One of the Indictment in the case now pending. Should this matter have proceeded to trial, the United States of America would have proven beyond a reasonable doubt, through the introduction of relevant, competent, and admissible testimonial, physical and demonstrative evidence, the following facts to support the allegation against the defendant, **DAT VIET TIEU a/k/a "Andy" ("TIEU")**:

In May, 2006, agents of the Drug Enforcement Administration ("DEA") in the Houston Field Division began investigating a source of supply for narcotics in Houston, Texas. A reliable confidential source indicated that this source of supply was supplying narcotics to several individuals in the New Orleans metro area. As a result of this information, DEA in Houston

1

identified several vehicles that were being utilized by the source of supply to transport narcotics and money into Louisiana.

On the evening of May 17, 2006, and the morning of May 18, 2006, law enforcement conducted a surveillance of one such vehicle as it traveled from the Houtson, Texas, area. The vehicle, occupied by MARLO THOMAS, EVERETT PAYNE, and JOSEPH DEGREAT, eventually traveled to a residence at 2050 Heather Lane in Slidell, Louisiana, which belonged to ANDREW WILLIAMS and NAKOSHA SMITH. Another vehicle, occupied by WILLIE WHIET, also arrived at the residence. After observing the occupants of the vehicles bring duffle bags into the house, and seeing WHITE leave the house with a bag, law enforcement eventually obtained a search warrant for the residence. Upon executing the warrant, law enforcement discovered the following:

1.) Approximately 24 kilograms of cocaine hydrochloride found inside one of the duffle bags;

2.) Approximately 26 kilograms of cocaine hydrochloride found inside one of the duffle bags;

3.) Approximately 1,500 grams of marijuana found in the refrigerator in the kitchen;

4.) Four (4) grams of marijuana found in the night stand in the master bedroom;

5.) Approximately 3598 dosage units of MDMA found in the master bedroom closet;

6.) 411 dosage units of MDMA found in the night stand in the master bedroom;

7.) $26,994.00 found in the master bedroom;

8.) A Smith and Wesson 9mm semi-automatic handgun found in one of the duffle bags;

9.) A Glock Model 27 40 caliber handgun found in the night stand in the master bedroom;

10.) A Smith and Wesson Model 67-1 revolver handgun found in the upstairs bathroom;

11.) Ammunition found in the master bedroom;

12.) A Boost Mobile phone found in the master bedroom;

13.) Four (4) phones found in the master bedroom;

14.) A Royal Sovereign money counter found in the master bedroom;

15.) A food-saver heat sealer found in the kitchen;

16.) An empty box of food-saver heat sealing bags found in the master bedroom; and

17.) An Ohaus digital scale found in the master bedroom closet.

The ecstacy that was found in the master bedroom and bedroom closet totaled 4,009 doasge units and tested positive for the presence of 3,4 - methylenedioxymethamphetamine ("MDMA").

Subsequent investigation determined that THOMAS, WHITE, PAYNE, and DEGREAT, had assisted in bringing the cocaine and ecstacy to the residence. The investigation also revealed that CARLOS ROBLES and PAUL AGUIRRE, from the Houston area, were sources of the cocaine, and that the defendant, **TIEU**, also from the Houston area, was the source of the ecstacy. ROBLES and AGUIRRE had been working with THOMAS for the purpose of trafficking narcotics into the Eastern District of Louisiana. In their dealings, they introduced THOMAS to defendant **TIEU**, who was a distributor of ecstacy.

TIEU was the source of the ecstacy that law enforcement discovered in WILLIAMS' residence. TIEU had previously given that ecstacy to THOMAS for further delivery.

_____
KEVIN G. BOITMANN, La. Bar No. 26203
Assistant United States Attorney

_____
DAT VIET TIEU a/k/a "Andy"
Defendant

_____
RICHARD MOORE
Attorney for Defendant