```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
```

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 08-310 |
| DAT VIET TIEU | SECTION: J(1) |

### ORDER

Considering the foregoing *Motion to Terminate Supervised Release After Completion of One Year of Supervision* **(Rec. Doc. 38)** and the Government's *Opposition* (**Rec. Doc. 39**),

**IT IS HEREBY ORDERED** that the motion is **DENIED.**

New Orleans, Louisiana, this 27th day of October, 2014.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE